# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALEJANDRO RAMIREZ-ANZO, ) <br> and OZMENT LAW, ) <br> ) <br>    *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY – U.S. IMMIGRATION AND ) <br> CUSTOMS ENFORCEMENT, ) <br> ) <br>    *Defendant.* ) | **Case No.: 3:13-cv-682** <br> Judge Nixon <br> Magistrate Judge Knowles |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to M.D. Tenn. L.R. 7.02, Plaintiff OZMENT LAW makes the following disclosure:

1. Parent corporations, if any, of the named party: None.

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock: None.


DATED:    July 12, 2013                    Respectfully submitted,

                                                                                 Elliott Ozment (BPR # 4331)
                                                                                 Tricia R. Herzfeld (BPR # 26014)

                                                                                 / R. Andrew Free
                                                                                  R. Andrew Free (BPR # 30513)
                                                                                  **OZMENT LAW**
                                                                                  1214 Murfreesboro Pike
                                                                                  Nashville, TN 37217
                                                                                  Phone: (615) 321-8888
                                                                                  Fax: (615) 321-5230
                                                                                  afree@ozmentlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this date a copy of the foregoing has been served via United States mail:

Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

U.S. Attorney for Middle District of Tennessee
110 Ninth Avenue South -- Suite A961
Nashville, TN 37203

U.S. Attorney General Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

| | |
|---|---|
| Date: July 12, 2013 | s/ R. Andrew Free |
| | R. Andrew Free, BPRN 30513 |

*Page 2 of 2*

Case 3:13-cv-00682   Document 4   Filed 07/12/13   Page 2 of 2 PageID #: 44