# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ALEJANDRO RAMIREZ-ANZO, and OZMENT LAW, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **APPEARANCE** |
| UNITED STATES DEPARTMENT, OF HOMELAND SECURITY – U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) ) | Case Number: 3:13-cv-0682 JUDGE CAMPBELL |
| Defendant. | ) | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant.


<u>August 15, 2013</u>                        s/ Mercedes C. Maynor-Faulcon
*Date*                               MERCEDES C. MAYNOR-FAULCON
                                     Assistant United States Attorney
                                     110 Ninth Avenue South, Suite A-961
                                     Nashville, Tennessee 37203-3870
                                     Telephone: (615) 736-5151
                                     B.P.R. # 013330

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this **NOTICE OF APPEARANCE** was served via the Court's electronic filing system this 15th day of August 2013, upon:

R. Andrew Free
Ozment Law
1214 Murfreesboro Pike
Nashville, TN  37217
*Attorney for Plaintiff*

    s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney